UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Dennis F. Pawlik and Elaine C. Pawlik,　　　　　　　　　　Case No. 10-71089
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. TUCKER
　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
_____/

Dennis F. Pawlik and Elaine C. Pawlik,

　　　　Plaintiff(s),
v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ad. Proc. No.10-

Citizens Bank and Birmingham Bloomfield Credit Union,

　　　　Defendant.
_____/

### PROOF OF SERVICE: MAILING

The undersigned, being first duly sworn, deposes and says that she served copies of COMPLAINT TO DETERMINE VALIDITY, PRIORITY, OR EXTENT OF LIEN OR OTHER INTEREST IN PROPERTY, and the SUMMONS IN AN ADVERSARY PROCEEDING, either electronically or via first class mail and certified mail, as addressed as follows:

　　　　　　　　　　　　　　All parties Listed on the Attached Page(s)

I DECLARE THE ABOVE STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

Dated: November 18, 2010

　　　　　　　　　　　　　　　　/s/ Amanda Brenner
　　　　　　　　　　　　　　　　AMANDA BRENNER, DEPONENT

NEAL J. BRAND (P-60137)
Attorney for Debtor(s)
17117 W. Nine Mile Rd, Suite 1035
Southfield, MI 48075
(248) 423-4500
njbrandlaw@yahoo.com

The Corporation Company (via certified mail)
Registered Agent for Citizens Bank
30600 Telegraph Road
Bingham Farms, MI 48025

Ellen Alemany
Chairman and Chief Executive Officer – Citizens Bank
One Citizens Plaza
Providence, Rhode Island 02903
(served via certified mail)

Citizens Bank
101 North Washington
Saginaw, MI 48607


Butler, Butler, Rowse-Oberle
Bankruptcy Attorneys for Birmingham Bloomfield Credit Union
24525 Harper Avenue
St. Clair Shores, MI 48009

Andrew Staley
CEO – Birmingham Bloomfield Credit Union
576 E. Lincoln
Birmingham, MI 48009
(served via certified mail)